# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT WASHINGTON

| | | |
|---|---|---|
| **HERBERT EASH, III,** | ) | |
| **Plaintiff** | ) | **No. C08-5583RBL-JKA** |
| **v.** | ) | |
| | ) | **ORDER** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

Pursuant to the parties' agreed motion, it is hereby ordered that the scheduling order in this case be amended so that Plaintiff's opening brief is due on February 3, 2009, Defendant's brief on March 3, 2009, and Plaintiff's optional reply brief on March 17, 2009.

Dated this 13th day of January, 2009.

*/s/ J. Kelley Arnold*
U.S. Magistrate Judge

ORDER