UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HERBERT D. EASH, III,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C08-5583RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, objections to the report and recommendation [Dkt. #19], defendant's response thereto [Dkt. #20], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The administrative decision is AFFIRMED; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 13th day of July, 2009.

                                          RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE