# United States District Court

WESTERN DISTRICT OF WASHINGTON

HERBERT D. EASH, III

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5583RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The administrative decision is AFFIRMED.

July 14, 2009

BRUCE RIFKIN
Clerk

*/s/ Jennie L. Patton*
Deputy Clerk